Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

Attorneys for Defendant
Unilever United States, Inc.

[See signature page for complete list of parties represented]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MORALES and LAINIE COHEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No.: 2:13-cv-02213-WBS-EFB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING SERVICE AND MOTION TO DISMISS BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, as follows:

1.  The undersigned counsel for Defendant hereby acknowledges service of the Summons and Complaint on behalf of Defendant as of the date hereof.

2.  Plaintiffs shall file an amended complaint on or before December 2, 2013.

3.  Defendant shall file its anticipated motion to dismiss on or before January 14, 2014.

4.  Plaintiffs shall file their answering brief in opposition to Defendant's motion to dismiss on or before February 28, 2014.

5.   Defendant shall file its reply brief in further support of its motion to dismiss on or before March 28, 2014.

DATED: November 12, 2013              **Respectfully submitted,**

| | |
|---|---|
| */s/ Alan R. Plutzik* | */s/ Michael P. Esser* |
| (as authorized on November 11, 2013) | Michael P. Esser (SBN 268634) |
| | **KIRKLAND & ELLIS LLP** |
| Alan R. Plutzik (SBN 77785) | 555 California Street, 27th Floor |
| Michael S. Strimling (SBN 6135) | San Francisco, CA 94104 |
| **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP** | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 2125 Oak Grove Road | michael.esser@kirkland.com |
| Walnut Creek, CA 94598 | |
| Telephone: (925) 945-0200 | Jay P. Lefkowitz (*pro hac vice* forthcoming) |
| Fax: (925) 945-8792 | |
| aplutzik@bramsonplutzik.com | Matthew F. Dexter (pro hac vice forthcoming) |
| mstrimling@bramsonplutzik.com | |
| | Ross L. Weiner (*pro hac vice* forthcoming) |
| Mark P. Kindall (SBN 138703) | |
| Robert A. Izard (*pro hac vice* forthcoming) | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| Jeffrey S. Nobel (*pro hac vice* forthcoming) | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| Nicole A. Veno (*pro hac vice* forthcoming) | Fax:  (212) 446-4900 |
| | lefkowitz@kirkland.com |
| **IZARD NOBEL LLP** | matthew.dexter@kirkland.com |
| 29 South Main Street, Ste 305 | ross.weiner@kirkland.com |
| West Hartford, CT 06107 | |
| Telephone: (860) 493-6292 | *Attorneys for Defendant Unilever United States, Inc.* |
| Fax: (860) 493-6290 | |
| mkindall@izardnobel.com | |
| rizard@izardnobel.com | |
| jnobel@izardnobel.com | |
| nveno@izardnobel.com | |
| | |
| Joseph J. DePalma (*pro hac vice* forthcoming) | |
| Katrina Carroll (*pro hac vice* forthcoming) | |
| **LITE DEPALMA GREENBERG, LLC** | |
| Two Gateway Center, 12th Fl. | |
| Newark, New Jersey 07102 | |
| Telephone: (973) 623-3000 | |
| Facsimile: (973) 623-0858 | |
| jdepalma@litedepalma.com | |
| kcarroll@litedepalma.com | |
| | |
| *Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.  The motion shall be heard on April 7, 2014 at 2:00 p.m. in Courtroom 5, 14th Floor.  The Scheduling Conference is continued from February 18, 2014 to **May 27, 2014 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **May 13, 2014**.

Dated:   November 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2013, I electronically filed the foregoing **STIPULATION REGARDING SERVICE AND MOTION TO DISMISS BRIEFING SCHEDULE** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List.

                                           */s/ Michael P. Esser*
                                           Michael P. Esser