1  James Maxwell Cooper (SBN 284054)
   max.cooper@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, California  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
   lefkowitz@kirkland.com
6  Ross L. Weiner (admitted *pro hac vice*)
   ross.weiner@kirkland.com
7  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
8  New York, N.Y. 10022
   Telephone: (212) 446-4800
9  Facsimile: (212) 446-4900

10 Attorneys for Defendant
   UNILEVER UNITED STATES, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14 ALBA MORALES and LAINIE COHEN on behalf )  CASE NO.  2:13-CV-02213-WBS-EFB
   of themselves and others similarly situated,  )
15                                               )  **STIPULATION AND (**~~PROPOSED~~**)**
                 Plaintiffs,                      )  **ORDER EXTENDING DEFENDANT'S**
16                                               )  **TIME TO ANSWER AND EXCHANGE**
         vs.                                      )  **INITIAL DISCLOSURES**
17                                               )
   UNILEVER UNITED STATES, INC.,                 )  Complaint Filed:  October 10, 2013
18                                               )  Judge: Hon. William B. Shubb
                 Defendant.                       )
19                                               )
                                                 )
20                                               )
                                                 )
21                                               )
                                                 )
22                                               )
                                                 )
23

24

25

26

27

28

1    WHEREAS the First Amended Complaint in this matter was filed December 2, 2013;

2    WHEREAS on April 9, 2014 the parties received notice of the Court's April 9, 2014 Order

3   granting in part and denying in part Defendant's motion to dismiss the First Amended Complaint

4   (the "Order");

5    WHEREAS the Order gives Plaintiffs until April 29, 2014 to file a Second Amended

6   Complaint should Plaintiffs choose to do so;

7    WHEREAS Defendant's answer to the First Amended Complaint would otherwise be due on

8   or before April 23, 2014;

9    WHEREAS the parties participated in a Rule 26(f) conference on April 15, 2014;

10    WHEREAS the parties' initial disclosures would otherwise be due on or before April 29,

11   2014;

12    The parties hereby stipulate that they will exchange initial disclosures on or before May 13,

13   2014.

14    The parties hereby stipulate that Defendant will answer the First Amended Complaint on or

15   before May 29, 2014.

16    The parties hereby stipulate that Defendant will answer, move, or otherwise plead in

17   response to the Second Amended Complaint, should Plaintiffs decide to file one, on or before May

18   29, 2014.

19    SO STIPULATED.

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED) ORDER
EXTENDING DEFENDANT'S TIME TO ANSWER
AND EXCHANGE INITIAL DISCLOSURES                                    CASE 2:13-CV-02213-WBS-EFB

1

/s/ James Maxwell Cooper
James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted pro hac vice)
lefkowitz@kirkland.com
Ross L. Weiner (admitted pro hac vice)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

By: /s/ Mark P. Kindall (as authorized on April XX, 2014)
Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted pro hac vice)
Jeffrey S. Nobel (admitted pro hac vice)
Nicole A. Veno (admitted pro hac vice)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
jnobel@izardnobel.com
nveno@izardnobel.com

Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Joseph J. DePalma (admitted pro hac vice)
Katrina Carroll (pro hac vice forthcoming)
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:  April 21, 2014

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**<u>CERTIFICATE OF SERVICE</u>**

2
            The undersigned hereby certifies that all counsel of record who have consented to electronic

3
service are being served with a copy of the attached **STIPULATION AND (PROPOSED) ORDER**

4
**EXTENDING   DEFENDANT'S   TIME   TO   ANSWER   AND   EXCHANGE   INITIAL**

5
**DISCLOSURES**  via the CM/ECF system on April 21, 2014.

6

7
DATED:  April 21, 2014                                    */s/ James Maxwell Cooper*
                                                                            James Maxwell Cooper

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE                                                    CASE 2:13-CV-02213-WBS-EFB