James Maxwell Cooper (SBN 284054)
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant*
CONOPCO INC. D/B/A UNILEVER

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER**
**& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
Nicole A. Veno *(admitted pro hac vice)*
**IZARD NOBEL LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONOPCO INC., d/b/a UNILEVER, <br><br> Defendant. | CIV NO.  2:13-cv-2213 WBS EFB <br><br> STIPULATION AND [~~PROPOSED~~] FIRST MODIFIED SCHEDULING ORDER |

The parties in the above-captioned matter, by and through their designated counsel,

HEREBY AGREE AND STIPULATE as follows:

1   WHEREAS, the parties to this case seek to modify the scheduling order [Dkt. #34] (the
2   "Order") to permit additional time for discovery in such a way that will not alter the trial date or the
3   final pre-trial conference;

4   WHEREAS, Plaintiffs served Defendant with an initial set of interrogatories and requests for
5   production on April 17, 2014;

6   WHEREAS, Defendant responded to Plaintiffs' initial set of interrogatories and requests for
7   production on June 3, 2014;

8   WHEREAS, Defendant served Plaintiffs with initial sets of interrogatories and requests for
9   production on August 6, 2014;

10   WHEREAS, all Plaintiffs responded to Defendant's initial set of interrogatories and requests
11   for production by November 14, 2014;

12   WHEREAS, Defendant intends to make an initial production of documents imminently and
13   will continue producing documents on a rolling basis until complete;

14   WHEREAS, the parties are continuing to meet and confer on discovery-related issues;

15   WHEREAS, the parties have met and conferred, and have agreed, that additional time for
16   discovery is necessary;

17   WHEREAS, based on the foregoing, the parties wish to modify the schedule set forth in the
18   Order as follows:

| Event | Current Deadlines | Proposed Amended Deadlines |
|---|---|---|
| Complete Discovery | February 13, 2015 | May 15, 2015 |
| Plaintiffs Disclose Expert(s) / Produce Report(s) | March 13, 2015 | June 12, 2015 |
| Defendant Discloses Expert(s) / Produces Report(s) / Defendant Deposes Plaintiffs' Expert(s) | April 10, 2015 | July 10, 2015 |
| Plaintiffs Depose Defendant's Expert(s) / Plaintiffs Disclose Rebuttal Expert(s) and/or Rebuttal Expert Report(s) | May 8, 2015 | Aug. 7, 2015 |
| Defendant's Depose Plaintiffs' Rebuttal Expert(s) | June 5, 2015 | Aug. 28, 2015 |
| Expert Discovery Closes | June 12, 2015 | Sept. 4, 2015 |

| | | |
|---|---|---|
| Plaintiffs' Motion for Class Certification | July 10, 2015 | Sept. 11, 2015 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification | August 21, 2015 | Oct. 9, 2015 |
| Plaintiffs' Reply in Further Support of Their Motion for Class Certification | Sept. 18, 2015 | Nov. 6, 2015 |
| Oral Argument on Plaintiffs' Motion for Class Certification | Oct. 5, 2015 | Nov. 23, 2015 |
| All Other Motions (Including Summary Judgment) | Dec. 7, 2015 | Dec. 9, 2015 |
| Opposition to Summary Judgment Motions | | Jan. 15, 2016 |
| Reply to Summary Judgment Oppositions | | Feb. 5, 2016 |
| Oral Argument on Motion(s) for Summary Judgment | | Feb. 16, 2016 |
| Final Pretrial Conference | Feb. 16, 2016 | Feb. 16, 2016 |
| Trial | April 12, 2016 | April 12, 2016 |

THE PARTIES HEREBY AGREE AND STIPULATE to, and submit that, good cause is shown to support the following First Modified Scheduling Order.

Accordingly, the Court HEREBY ORDERS that:

1. The parties' stipulation to modify the Pretrial Scheduling Order is GRANTED; and the Order is modified as follows:

    (i) On or before May 15, 2015, the parties shall complete fact discovery;

    (ii) On or before June 12, 2015, Plaintiffs shall disclose expert(s) and produce expert(s) report(s);

    (iii) On or before July 10, 2015, Defendant shall disclose expert(s), produce expert(s) report(s), and depose Plaintiffs' expert(s);

    (iv) On or before August 7, 2015, Plaintiffs shall depose Defendant's expert(s), Plaintiffs shall disclose rebuttal expert(s) and rebuttal expert(s) report(s);

    (v) On or before August 28, 2015, Defendant shall depose Plaintiffs' rebuttal expert(s);

    (vi) On or before September 4, 2015, expert discovery shall close (with all motions to compel heard and resulting orders obeyed on or before September 4, 2015);

(vii) On or before September 11, 2015, Plaintiffs shall file their motion for class certification;

(viii) On or before October 9, 2015, Defendant shall file its opposition to Plaintiff's motion for class certification;

(ix) On or before November 6, 2015, Plaintiffs shall file their reply brief in further support of their motion for class certification;

(x) On November 23, 2015, or on a date and time to which the Court is amenable, the Court shall hear oral argument on Plaintiffs' motion for class certification;

(xi) On or before December 9, 2015, all other motions, including summary judgment, shall be filed;

(xii) On or before January 15, 2016, oppositions to summary judgment motions shall be filed;

(xiii) On or before February 5, 2016, reply briefs in support of summary judgment motions shall be filed;

**(xiv) On February 22, 2016, the Court shall hear oral argument on any motions for summary judgment.**

**(xv) The Final Pretrial Conference is continued to March 14, 2016.**

By:/s/  James Maxwell Cooper
James Maxwell Cooper (SBN 284054)
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO INC. D/B/A UNILEVER

By:*/s/* Mark P. Kindall (as authorized on December 31, 2014)
Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Joseph J. DePalma (admitted *pro hac vice*)
Katrina Carroll (admitted *pro hac vice*)
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com

Attorneys for Plaintiffs

**As modified above, IT IS SO ORDERED**.

DATED:  January 5, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE