Michael P. Esser (SBN 268634)
michael.esser@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant*

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
Nicole A. Veno *(admitted pro hac vice)*
**IZARD NOBEL LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CONOPCO INC., d/b/a UNILEVER,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIV NO. 2:13-cv-2213 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] SECOND MODIFIED SCHEDULING ORDER |

      The parties in the above-captioned matter, by and through their designated counsel,

HEREBY AGREE AND STIPULATE as follows:

WHEREAS, the parties to this case seek to modify the scheduling order [Dkt. #43] (the "Order"); and

WHEREAS, the parties have had preliminary discussions concerning the possibility of reaching a settlement in the litigation; and

WHEREAS, the parties have scheduled a mediation for June 15, 2015 in New York City with Jonathan Marks, an experienced and respected mediator; and

WHEREAS, the parties have been diligently working to complete discovery in this action, as follows:

- Plaintiffs served Defendant with an initial set of interrogatories and requests for production on April 17, 2014;

- Defendant responded to Plaintiffs' initial set of interrogatories and requests for production on June 3, 2014;

- Defendant served Plaintiffs with initial sets of interrogatories and requests for production on August 6, 2014;

- All Plaintiffs responded to Defendant's initial set of interrogatories and requests for production by November 14, 2014;

- Defendant made its first production of 24,755 pages of documents on December 31, 2014;

- Defendant produced an additional 101,248 pages of documents on February 26, 2015;

- Defendant produced an additional 25,791 pages of documents on March 3, 2015;

- Counsel for Plaintiffs have been diligently reviewing and analyzing the documents produced by Defendant;

- Defendant took the deposition of Plaintiff Kenneth Drew in Albany, New York on March 31, 2015;

- Defendant took the deposition of Plaintiff Lainie Cohen in Boston, Massachusetts on April 9, 2015;

- Defendant took the deposition of Plaintiff Alba Morales in New York City on April 23, 2015; and

WHEREAS, the parties have met and conferred, and have determined that, although considerable discovery has been taken, additional time is needed to complete fact discovery, including the taking of additional depositions, prior to beginning the expert discovery phase; and

WHEREAS, the parties have also agreed that a modification of the existing schedule would be beneficial to their efforts to prepare for the mediation scheduled for June 15, 2015; and

WHEREAS, based on the foregoing, the parties wish to extend the time for completing fact discovery until the end of September, 2015; and

WHEREAS, extending the time for completing fact discovery would necessarily impact the remaining dates in the litigation schedule; modify the schedule set forth in the Order as follows:

| Event | Current Deadlines | Proposed Amended Deadlines |
|---|---|---|
| Complete Fact Discovery | May 15, 2015 | September 30, 2015 |
| Plaintiffs Disclose Expert(s) / Produce Report(s) | June 12, 2015 | October 28, 2015 |
| Defendant Discloses Expert(s) / Produces Report(s) / Defendant Deposes Plaintiffs' Expert(s) | July 10, 2015 | November 25, 2015 |
| Plaintiffs Depose Defendant's Expert(s) / Plaintiffs Disclose Rebuttal Expert(s) and/or Rebuttal Expert Report(s) | Aug. 7, 2015 | December 23, 2015 |
| Defendant's Depose Plaintiffs' Rebuttal Expert(s) | Aug. 28, 2015 | January 13, 2016 |
| Expert Discovery Closes | Sept. 4, 2015 | January 20, 2016 |
| Plaintiffs' Motion for Class Certification | Sept. 11, 2015 | January 27, 2016 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification | Oct. 9, 2015 | February 24, 2016 |
| Plaintiffs' Reply in Further Support of Their Motion for Class Certification | Nov. 6, 2015 | March 23, 2016 |
| Oral Argument on Plaintiffs' Motion for Class Certification | Nov. 23, 2015 | April 8, 2016 |

| All Other Motions (Including Summary Judgment) | Dec. 7, 2015 | April 22, 2016 |
|---|---|---|
| Opposition to Summary Judgment Motions | Jan. 15, 2016 | June 1, 2016 |
| Reply to Summary Judgment Oppositions | Feb. 5, 2016 | June 22, 2016 |
| Oral Argument on Motion(s) for Summary Judgment | Feb. 22, 2016 | July 9, 2016 |
| Final Pretrial Conference | March 14, 2016 | July 29, 2016 |

NOW THEREFORE, the Parties agree and stipulate to, and submit that good cause is shown to support, the following Second Modified Scheduling Order.

Accordingly, the Court HEREBY ORDERS that:

1. The parties' stipulation to modify the Pretrial Scheduling Order is GRANTED; and the Order is modified as follows:

   (i)    On or before September 30, 2015, the parties shall complete fact discovery;

   (ii)   On or before October 28, 2015, Plaintiffs shall disclose expert(s) and produce expert(s) report(s);

   (iii)  On or before November 25, 2015, Defendant shall disclose expert(s), produce expert(s) report(s), and depose Plaintiffs' expert(s);

   (iv)   On or before December 23, 2015, Plaintiffs shall depose Defendant's expert(s), Plaintiffs shall disclose rebuttal expert(s) and rebuttal expert(s) report(s);

   (v)    On or before January 13, 2016, Defendant shall depose Plaintiffs' rebuttal expert(s);

   (vi)   On or before January 20, 2016, expert discovery shall close (with all motions to compel heard and resulting orders obeyed on or before September 4, 2015);

   (vii)  On or before January 27, 2016, Plaintiffs shall file their motion for class certification;

   (viii) On or before February 24, 2016, Defendant shall file its opposition to Plaintiff's motion for class certification;

   (ix)   On or before March 23, 2016, Plaintiffs shall file their reply brief in further support of their motion for class certification;

   (x)    On **April 4, 2016 at 2:00 p.m.,** the Court shall hear oral argument on Plaintiffs' motion for class certification;

   (xi)   On or before April 22, 2016, all other motions, including summary judgment, shall be filed;

(xii)   On or before June 1, 2016, oppositions to summary judgment motions shall be filed;

(xiii)   On or before  June 22, 2016, reply briefs in support of summary judgment motions shall be filed;

(xiv)   On **July 11, 2016 at 2:00 p.m.,** the Court shall hear oral argument on any motions for summary judgment.

(xv)   On **September 12, 2016 at 2:00 p.m.,** the parties shall appear for a final pre-trial conference.

(xvi)   On **November 15, 2016 at 9:00 a.m.,** the parties shall appear to commence the jury trial.

By:*/s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO INC. D/B/A UNILEVER

By:*/s/ Mark P. Kindall*
Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Joseph J. DePalma (admitted *pro hac vice*)
Katrina Carroll (admitted *pro hac vice*)
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com

Attorneys for Plaintiffs

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2 | Dated:  April 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached **Stipulation and [Proposed] Second Modified Scheduling Order** via the CM/ECF system on April 27, 2015.

3

4

5

6

DATED:  April 27, 2015                              */s/* Mark P. Kindall
                                                              Mark P. Kindall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28