| | |
|---|---|
| Michael P. Esser (SBN 268634)<br>Michael.esser@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)<br>lefkowitz@kirkland.com<br>Ross L. Weiner (admitted *pro hac vice*)<br>ross.weiner@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, N.Y. 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Attorneys for Defendant*<br>CONOPCO INC. D/B/A UNILEVER | Alan R. Plutzik (State Bar No. 77785)<br>Michael S. Strimling (State Bar No. 96135)<br>**BRAMSON, PLUTZIK, MAHLER**<br>**& BIRKHAEUSER LLP**<br>2125 Oak Grove Road<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br>aplutzik@bramsonplutzik.com<br>mstrimling@bramsonplutzik.com<br><br>Mark P. Kindall (State Bar No. 138703)<br>Robert A. Izard *(admitted pro hac vice)*<br>Nicole A. Veno *(admitted pro hac vice)*<br>**IZARD NOBEL LLP**<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>mkindall@izardnobel.com<br>rizard@izardnobel.com<br>nveno@izardnobel.com<br><br>*Attorneys for Plaintiffs*<br>[Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CONOPCO INC., d/b/a UNILEVER,<br><br>    Defendant. | CIV. NO. 2:13-cv-2213 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] THIRD MODIFIED SCHEDULING ORDER |

  The parties in the above-captioned matter, by and through their designated counsel, jointly move the Court to approve the following modification to the case schedule.

The parties in this case seek to modify the Second Modified Scheduling Order [Dkt. #45] (the "Order").  The parties have met and conferred and determined that although considerable discovery has been taken—including Defendants producing more than 160,000 pages of discovery and deposing three of the four named Plaintiffs; and Plaintiffs deposing two Unilever witnesses—additional time is needed to complete fact discovery, including the taking of additional depositions, prior to beginning the expert discovery phase.

The parties have also determined that a modification of the Order would be beneficial to their efforts in potentially reaching a settlement.  To that end, the parties have already engaged in a full day mediation with Jonathan Marks, an experienced and respected mediator, at which the parties made substantial progress, and the parties have continued to discuss a potential settlement, both with Mr. Marks and bilaterally, over phone and through email, and have tentatively scheduled a second in-person mediation session for early January 2016.

Based on the foregoing, and in order to promote efficiency in the event that the parties, as they hope, will be able to resolve this matter out of Court when they resume their mediation, the parties wish to extend the time for completing fact discovery until the end of February 2016, which would necessarily impact the remaining dates in the litigation schedule.  Accordingly, the parties suggest modifying the schedule set forth in the Order as follows:

| Event | Current Deadlines | Proposed Amended Deadlines |
| --- | --- | --- |
| Complete Discovery | September 30, 2015 | February 29, 2016 |
| Plaintiffs Disclose Expert(s) / Produce Report(s) | October 28, 2015 | March 31, 2016 |
| Defendant Discloses Expert(s) / Produces Report(s) / Defendant Deposes Plaintiffs' Expert(s) | November 25, 2015 | April 29, 2016 |
| Plaintiffs Depose Defendant's Expert(s) / Plaintiffs Disclose Rebuttal Expert(s) and/or Rebuttal Expert Report(s) | December 23, 2015 | May 27, 2016 |
| Defendant's Depose Plaintiffs' Rebuttal Expert(s) | January 13, 2016 | June 17, 2016 |
| Expert Discovery Closes | January 20, 2016 | June 24, 2016 |

| | | |
|---|---|---|
| Plaintiffs' Motion for Class Certification | January 27, 2016 | July 1, 2016 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification | February 24, 2016 | July 29, 2016 |
| Plaintiffs' Reply in Further Support of Their Motion for Class Certification | March 23, 2016 | August 26, 2016 |
| Oral Argument on Plaintiffs' Motion for Class Certification | April 4, 2016 | September 9, 2016 |
| All Other Motions (Including Summary Judgment) | April 22, 2016 | September 23, 2016 |
| Opposition to Summary Judgment Motions | June 1, 2016 | October 28, 2016 |
| Reply to Summary Judgment Oppositions | June 22, 2016 | November 23, 2016 |
| Oral Argument on Motion(s) for Summary Judgment | July 11, 2016 | December 9, 2016 |
| Final Pretrial Conference | September 12, 2016 | February 10, 2017 |
| Trial | November 15, 2016 | April 7, 2017 |

THE PARTIES HEREBY AGREE AND STIPULATE to, and submit that, good cause is shown to support the following Third Modified Scheduling Order.

Accordingly, the Court HEREBY ORDERS that:

1. The parties' stipulation to modify the Pretrial Scheduling Order is GRANTED; and the Order is modified as follows:

   (i) On or before February 29, 2016, the parties shall complete fact discovery;

   (ii) On or before March 31, 2016, Plaintiffs shall disclose expert(s) and produce expert(s) report(s);

   (iii) On or before April 29, 2016, Defendant shall disclose expert(s), produce expert(s) report(s), and depose Plaintiffs' expert(s);

   (iv) On or before May 27, 2016, Plaintiffs shall depose Defendant's expert(s), Plaintiffs shall disclose rebuttal expert(s) and rebuttal expert(s) report(s);

   (v) On or before June 17, 2016, Defendant shall depose Plaintiffs' rebuttal expert(s);

   (vi) On or before June 24, 2016, expert discovery shall close (with all motions to compel heard and resulting orders obeyed on or before June 24, 2016);

(vii)  On or before July 1, 2016, Plaintiffs shall file their motion for class certification;

(viii) On or before July 29, 2016, Defendant shall file its opposition to Plaintiff's motion for class certification;

(ix)   On or before August 26, 2016, Plaintiffs shall file their reply brief in further support of their motion for class certification;

(x)    On **September 6, 2016 at 2:00 p.m.**, the Court shall hear oral argument on Plaintiffs' motion for class certification;

(xi)   On or before September 23, 2016, all other motions, including summary judgment, shall be filed;

(xii)  On or before October 28, 2016, oppositions to summary judgment motions shall be filed;

(xiii) On or before November 23, 2016, reply briefs in support of summary judgment motions shall be filed;

(xiv)  On **December 12, 2016 at 2:00 p.m.**, the Court shall hear oral argument on any motions for summary judgment;

(xv)   On **February 13, 2017 at 2:00 p.m.**, the Court shall meet with the parties and hold a final pretrial conference;

(xvi)  On **April 11, 2017 at 9:00 a.m.**, the Court shall commence the jury trial.

| KIRKLAND & ELLIS LLP | IZARD NOBEL LLP |
|---|---|
| By: */s/ Michael P. Esser*<br>Michael P. Esser (SBN 268634)<br>Michael.esser@kirkland.com<br>555 California Street, 27th Floor<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)<br>lefkowitz@kirkland.com<br>Ross L. Weiner (admitted *pro hac vice*)<br>ross.weiner@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Attorneys for Defendant<br>CONOPCO INC. D/B/A UNILEVER | By: */s/ Mark P. Kindall*<br>Mark P. Kindall (State Bar No. 138703)<br>Robert A. Izard (admitted *pro hac vice*)<br>Nicole A. Veno (admitted *pro hac vice*)<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>mkindall@izardnobel.com<br>rizard@izardnobel.com<br>nveno@izardnobel.com<br><br>Alan R. Plutzik (State Bar No. 77785)<br>BRAMSON, PLUTZIK, MAHLER<br>& BIRKHAEUSER LLP<br>2125 Oak Grove Road<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br>aplutzik@bramsonplutzik.com<br><br>Joseph J. DePalma (admitted *pro hac vice*)<br>Katrina Carroll (admitted *pro hac vice*)<br>LITE DEPALMA GREENBERG, LLC<br>Two Gateway Center, 12th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 623-3000<br>Facsimile: (973) 623-0858<br>jdepalma@litedepalma.com<br>kcarroll@litedepalma.com<br><br>Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  September 22, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2    The undersigned hereby certify that all counsel of record who have consented to electronic

3  service are being served with a copy of the attached **Stipulation and [Proposed] Third Modified**

4  **Scheduling Order** via the CM/ECF system on September 22, 2015.

5

6  DATED: September 22, 2015                              */s/ Michael P. Esser*
                                                                 Michael P. Esser

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28