Michael P. Esser (SBN 268634)
Michael.esser@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant*
CONOPCO INC. D/B/A UNILEVER

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
Nicole A. Veno *(admitted pro hac vice)*
**IZARD NOBEL LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CONOPCO INC., d/b/a UNILEVER,<br><br>    Defendant. | CIV. NO.  2:13-cv-2213 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] FOURTH MODIFIED SCHEDULING ORDER |

The parties in the above-captioned matter, by and through their designated counsel, jointly move the Court to approve the following modification to the case schedule.

The parties in this case seek to modify the Third Modified Scheduling Order [Dkt. #47] (the "Order").  With the able assistance of Jonathan Marks, an experienced mediator, the parties successfully reached an agreement in principle earlier this month resolving the dispute, and are presently working to finalize both the Settlement Agreement and the documentation to support a Motion for Preliminary Approval.  The Parties believe that it would be counterproductive to continue to litigate the case at this juncture, preferring to focus their efforts on expediting the conclusion of the formal agreement.

Although the Parties are very hopeful that the Settlement Agreement will be concluded rapidly and will be approved by the Court, if these events do not occur the Parties will need to continue the litigation.  Accordingly, the Parties would like to extend the existing dates in the schedule by two months.  In the event that the Parties had to continue the litigation, the current date for concluding fact discovery is not sufficient for taking the remaining depositions of fact witnesses that would need to be scheduled prior to beginning the expert phase of discovery.

Based on the foregoing, the Parties suggest modifying the schedule set forth in the Order as follows:

| Event | Current Deadlines | Proposed Amended Deadlines |
| --- | --- | --- |
| Complete Discovery | February 29, 2016 | April 29, 2016 |
| Plaintiffs Disclose Expert(s) / Produce Report(s) | March 31, 2016 | May 30, 2016 |
| Defendant Discloses Expert(s) / Produces Report(s) / Defendant Deposes Plaintiffs' Expert(s) | April 29, 2016 | June 28, 2016 |
| Plaintiffs Depose Defendant's Expert(s) / Plaintiffs Disclose Rebuttal Expert(s) and/or Rebuttal Expert Report(s) | May 27, 2016 | July 26, 2016 |
| Defendant's Depose Plaintiffs' Rebuttal Expert(s) | June 17, 2016 | August 17, 2016 |
| Expert Discovery Closes | June 24, 2016 | August 23, 2016 |
| Plaintiffs' Motion for Class Certification | July 1, 2016 | August 30, 2016 |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification | July 29, 2016 | September 27, 2016 |

| | | |
|---|---|---|
| Plaintiffs' Reply in Further Support of Their Motion for Class Certification | August 26, 2016 | October 25, 2016 |
| Oral Argument on Plaintiffs' Motion for Class Certification | September 9, 2016 | November 8, 2016 |
| All Other Motions (Including Summary Judgment) | September 23, 2016 | November 22, 2016 |
| Opposition to Summary Judgment Motions | October 28, 2016 | December 30, 2016 |
| Reply to Summary Judgment Oppositions | November 23, 2016 | January 24, 2017 |
| Oral Argument on Motion(s) for Summary Judgment | December 9, 2016 | February 7, 2017 |
| Final Pretrial Conference | February 10, 2017 | April 11, 2017 |
| Trial | April 7, 2017 | June 5, 2017 |

1  DATED: February 29, 2016

2

3  By: /s/ Michael P. Esser
   Michael P. Esser (SBN 268634)
4  Michael.esser@kirkland.com
   KIRKLAND & ELLIS LLP
5  555 California Street, 27th Floor
   San Francisco, California 94104
6  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
7
   Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
8  lefkowitz@kirkland.com
   Ross L. Weiner (admitted *pro hac vice*)
9  ross.weiner@kirkland.com
   KIRKLAND & ELLIS LLP
10 601 Lexington Avenue
   New York, New York 10022
11 Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
12
   Attorneys for Defendant
13 CONOPCO INC. D/B/A UNILEVER

By: /s/ Mark P. Kindall
Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
nveno@izardnobel.com

Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

14  Joseph J. DePalma (admitted *pro hac vice*)
    Katrina Carroll (admitted *pro hac vice*)
15  LITE DEPALMA GREENBERG, LLC
    Two Gateway Center, 12th Floor
16  Newark, New Jersey 07102
    Telephone: (973) 623-3000
17  Facsimile: (973) 623-0858
    jdepalma@litedepalma.com
18  kcarroll@litedepalma.com

19  Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

4

**ORDER**

THE PARTIES HEREBY AGREE AND STIPULATE to, and submit that, good cause is shown to support the following Third Modified Scheduling Order.

Accordingly, the Court HEREBY ORDERS that:

1. The parties' stipulation to modify the Pretrial Scheduling Order is GRANTED; and the Order is modified as follows:

    (i) On or before April 29, 2016, the parties shall complete fact discovery;

    (ii) On or before May 31, 2016, Plaintiffs shall disclose expert(s) and produce expert(s) report(s);

    (iii) On or before June 28, 2016, Defendant shall disclose expert(s), produce expert(s) report(s), and depose Plaintiffs' expert(s);

    (iv) On or before July 26, 2016, Plaintiffs shall depose Defendant's expert(s), Plaintiffs shall disclose rebuttal expert(s) and rebuttal expert(s) report(s);

    (v) On or before August 17, 2016, Defendant shall depose Plaintiffs' rebuttal expert(s);

    (vi) On or before August 23, 2016, expert discovery shall close (with all motions to compel heard and resulting orders obeyed on or before June 24, 2016);

    (vii) On or before August 30, 2016, Plaintiffs shall file their motion for class certification;

    (viii) On or before September 27, 2016, Defendant shall file its opposition to Plaintiff's motion for class certification;

    (ix) On or before October 25, 2016, Plaintiffs shall file their reply brief in further support of their motion for class certification;

    (x) On **November 14, 2016 at 1:30 p.m**., the Court shall hear oral argument on Plaintiffs' motion for class certification;

    (xi) On or before November 22, 2016, all other motions, including summary judgment, shall be filed;

    (xii) On or before December 30, 2016, oppositions to summary judgment motions shall be filed;

    (xiii) On or before January 24, 2017, reply briefs in support of summary judgment motions shall be filed;

    (xiv) On **February 6, 2017 at 1:30 p.m.,** the Court shall hear oral argument on any motions for summary judgment;

    (xv) On **April 10, 2017 at 1:30 p.m**., the Court shall meet with the parties and hold a final pretrial conference;

(xvi)    On **June 6, 2017 at 9:00 a.m**., the Court shall commence trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  February 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **Stipulation and [Proposed] Fourth Modified Scheduling Order** via the CM/ECF system on February 29, 2016.

DATED: February 29, 2016                         */s/*  Nicole A. Veno
                                                                    Nicole A. Veno