Kindall Declaration In Support of Plaintiffs' Motion
for Preliminary Approval

# EXHIBIT 2

Declaration of Daniel Burke

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| ALBA MORALES, LAINIE COHEN, LINDA CLAYMAN and KENNETH DREW on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONOPCO INC. d/b/a UNILEVER,<br><br>Defendant. | No. 2:13-cv-02213-WBS-EFB<br><br><br>DECLARATION OF DANIEL BURKE RE SETTLEMENT NOTICE PLAN |

12
13
14
15
16
17
18
19

20  I, Daniel Burke, declare as follows:

21      1.      I have personal knowledge of the matters set forth herein, and I believe them to be

22  true and correct.

23                              **INTRODUCTION**

24      2.      I am the Executive Vice President at Kurtzman Carson Consultants LLC ("KCC").

25  KCC is one of the largest full-service class action notice and claims administrators in the country.

26  Before my arrival at KCC, I was the Executive Vice President at Gilardi, a class action

27
28                              1

1   administration company that was acquired by KCC in 2015.[1] I also served as a Deputy District

2   Attorney in Alameda County for 14 years. I received my B.S. in Marketing from Santa Clara

3   University and J.D. from Golden Gate University. I am also a member of the California State Bar.

4        3.    The purpose of this Declaration is to provide the Court with my and KCC's

5   qualifications and experience regarding the development of class action notice plans and to

6   provide information regarding the Notice Plan in this case. This Declaration was prepared based

7   on information provided by counsel or otherwise obtained by KCC staff based on industry-

8   accepted resources and methodologies.

9   **EXPERIENCE RELEVANT TO THE CASE**

10        4.    KCC is a leading class action administrator that provides comprehensive class

11   action services, including legal notification, email and postal mailing campaign implementation,

12   website design, call center support, class member data management, claims processing, check and

13   voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related

14   services critical to the effective administration of class action settlements. With more than thirty

15   years of industry experience, KCC has developed efficient, secure and cost-effective methods to

16   properly handle the voluminous data and mailings associated with the noticing, claims processing

17   and disbursement requirements of these matters to ensure the orderly and fair treatment of class

18   members and all parties in interest. Since 1984, KCC has administered more than 6,000 matters

19   and distributed settlement payments totaling well over $20 billion in assets.

20        5.    Some consumer case examples in which KCC has been involved with include: *In re*

21   *Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability*

22   *Litigation*, No. 8:10-ml-02151 (C.D. Cal.); *Edwards v. National Milk Producers Federation*, No.

23   11-cv-04766 (N.D. Cal.); *In re Mattel, Inc., Toy Lead Paint Products Liability Litigation*, No.

24   2:07-ml-01897 (C.D. Cal.); *Pappas v. Naked Juice Co.*, No. 2:11-cv-08276 (C.D. Cal.); *Lavender*

25   *v. Skilled Healthcare Group, Inc.*, No. DR060264 (Cal. Super. Ct.); *Utility Consumers' Action*

26   *Network and Eric Taylor v. Sprint Solutions, Inc.*, No. 3:2007cv02231 (S.D. Cal.); *In re Bank of*

27

[1] This declaration combines the class action notice and administration experience of both firms.

28

*Morales v. Conopco, Inc.*, No. 13-cv-02213
DECLARATION OF DANIEL BURKE RE SETTLEMENT NOTICE PLAN

*America Credit Protection Marketing and Sales Practices Litigation*, No. 11-md-02269 (N.D. Cal.); *In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation*, No. 08-md-01907 (E.D. Mo.); *"American Idol"/"Deal or No Deal" Litigation–Couch v. Telescope Inc./Herbert v. Endemol USA, Inc.*, No. 2:07-cv-03916 (C.D. Cal.); *In re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, No. 1:09-md-02023 E.D.N.Y.); *Benware v. Hugo Boss, U.S.A.*, No. 12-cv-01527 (S.D. Cal.); *Lerma v. Schiff Nutrition International, Inc.*, No. 1:13-CV-07747 (N.D. Ill.); *Cobb v. BSH Home Appliances Corp.*, No. 8:10-CV-0711 (C.D. Cal.); *Roberts v. Electrolux Home Products, Inc.*, No. 8:12-CV-01644 (C.D. Cal.); *Cappalli v. BJ's Wholesale Club, Inc.*, No. 1:10-CV-00407 (D. R.I.); *Stroud v. eMachines, Inc.*, No. CJ-2003-968 L (D. Ct. Cleveland Cnty, Okla.); *In re Nissan Radiator/Transmission Cooler Litig.*, No. 10-CV-07493 (S.D.N.Y.); and *Robles v. Lucky Brand Dungarees, Inc.*, No. 10-CV-04846 (N.D. Cal.).

6.     KCC's Legal Notification Services department specializes in designing, developing, analyzing and implementing legal notification plans that comply with due process. These notice campaigns have involved a wide range of industries and substantive issues, including apparel, automotive, computers, consumer packaged goods, communications, entertainment, environment, financial services, food, healthcare, insurance, internet shopping, labor, product liability, railroad, real estate, restaurants, securities, technology, tobacco, and utilities. We have experience designing and implementing notice programs that incorporate media such as newspapers, magazines, trade journals, radio, television, social media and the internet to meet due process requirements. We also develop press releases, social media enhancements, and broadcast public service announcements (PSAs).

7.     In my role, I oversee all department activity as it relates to these services and am familiar with, or have been directly responsible for, large class action notice programs involving all aspects of notice dissemination. Since 2007, I have personally overseen thousands of matters requiring notice, hundreds of which have involved the design and implementation of court-approved publication notice programs.

8.      Notice Plans similar to the one proposed here have been approved in other California court cases. For example, *Edwards v. National Milk Producers Federation*, N.D. Cal., Case No. 11-cv-04766; *In re Google Referrer Header Privacy Litig.*, N.D. Cal., Case No. 10-cv-04809; and *Pappas v. Naked Juice Co. of Glendora, Inc.*, C.D. Cal., Case No. 11-cv-08276.

**OVERVIEW**

9.      It is our understanding that the parties have represented that contact information is not available for individual Class members. Therefore, KCC's proposed Notice Plan relies on notice placements in leading consumer magazines and internet banners on a variety of websites to effectively reach the Class. The Notice Plan will reach approximately 71.6% of likely Class members.[23]

10.      We understand the Corrected Second Amended Class Action Complaint alleges violations of California's Consumer Legal Remedies Act ("CLRA"). Accordingly, CLRA notice requirements must be fulfilled.

**PROPOSED NOTICE PLAN**

*Class Target*

11.      The "Class" (or "Class Members") includes all individuals in the United States who purchased the following TRESemmé Naturals products: (a) Nourishing Moisture Shampoo; (b) Nourishing Moisture Conditioner; (c) Radiant Volume Shampoo; (d) Radiant Volume Conditioner; (e) Vibrantly Smooth Shampoo; and (f) Vibrantly Smooth Conditioner (collectively, the "Challenged Products"). Specifically excluded from the Class are (1) Defendant, (2) the officers, directors, or employees of Defendant and their immediate family members, (3) any entity in which Defendant has a controlling interest, (4) any affiliate, legal representative, heir, or assign of Defendant, (5) all federal court judges who have presided over this Action and their immediate family members, (6) all persons who submit a valid request for exclusion from the Class and (7) those who purchased the Challenged Products for the purpose of resale.

---

[2] The reach or net reach of a notice program is defined as the percentage of a class that was exposed to a notice net of any duplication among people who may have been exposed more than once.
[3] The reach stated here does not factor in the potential impact of cookie deletion.

12.     The parties have represented that the exact class size is unknown. We are informed that approximately 23 million units of the Products were sold between 2010 and 2015.[4]

13.     To develop the proposed Notice Plan, GfK MediaMark Research & Intelligence, LLC ("MRI")[5] data was studied among adults who use TRESemmé shampoo or hair conditioner at home and who buy natural products because they are concerned about their health and their family's health ("TRESemmé Naturals Shampoo and Conditioner Consumers"). This broad and over-inclusive target group best represents the Class.[6]

14.     Knowing the characteristics, interests, and habits of a target group aids in the media selection process. Demographic highlights of TRESemmé Naturals Shampoo and Conditioner Consumers likely include the following: 97.3% speak English most often; 89.3% live in a household consisting of two or more people, 67.6% live in a household consisting of two to four people, and 62.4% live in a household consisting of three or more people; 85.9% have graduated from high school and 56.2% have attended college or beyond; 84.3% live in a Metropolitan CBSA;[7] 81.2% are 25 years of age or older, 74.3% are 18-54 years of age and 56.0% are 18-44

---

[4] The 2010 through 2015 units sold data is based on data reported by Nielsen through its RMS (Scanning) Service for the Daily Hair Care Category for the 2010 through 2015 period, for the Total US xAOC (All Outlets Combined) market.  Copyright © 2010-2015 The Nielsen Company.

[5] GfK MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. Established in 1979, MRI measures the usage of nearly 6,000 product and service brands across 550 categories, along with readership of hundreds of magazines and newspapers, internet usage, television viewership, national and local radio listening, yellow page usage, and out-of-home exposure. Based on a yearly face-to-face interview of 26,000 consumers in their homes, MRI's Survey of the American Consumer™ is the primary source of audience data for the U.S. consumer magazine industry and the most comprehensive and reliable source of multi-media audience data available.

[6] MRI's data do not separately analyze the TRESemmé Naturals product line.

[7] Core Based Statistical Areas (CBSAs) consist of the county or counties or equivalent entities associated with at least one core (urbanized area or urban cluster) of at least 10,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties with the counties associated with the core. The general concept of a CBSA is that of a core area containing a substantial population nucleus, together with adjacent communities having a high degree of economic and social integration with that core. CBSAs are defined by the U.S. Office of Management and Budget to provide a nationally consistent set of geographic entities for the United States and Puerto Rico for use in tabulating and presenting statistical data. Metropolitan Statistical Areas are CBSAs associated with at least one urbanized area that has a population of at least 50,000. The metropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting. Micropolitan Statistical Areas are CBSAs associated with at least one urban cluster that has a

5

years of age; 75.2% have a household income of $30,000 or more, 64.7% have a household income of $40,000 or more, and 55.0% have a household income of $50,000 or more; 73.6% are white; 71.4% are women; 70.2% live in County Size A or B, with 43.2% living in County Size A;[8] 62.8% own a home; 56.4% own a home valued at less than $500,000; and 50.2% are married.

15.     On average, TRESemmé Naturals Shampoo and Conditioner Consumers  are 43 years of age; have a household income of $73,475; and own a home valued at $245,480. [9]

16.     Compared to the general adult population, TRESemmé Naturals Shampoo and Conditioner Consumers are 70.7% more likely to be American Indian or Alaska Native, 45.7% more likely to be of Spanish, Hispanic or Latino origin or descent, and 18.8% more likely to be Asian; 47.9% more likely to be 18-24 years of age and 22.1% more likely to be 25-34 years of age; 37.9% more likely to be women; 37.0% more likely to speak Spanish most often; 36.0% more likely to be working women; 27.8% more likely to live in a household consisting of five or more people and 9.2% more likely to live in a household consisting of three or four people; 25.9% more likely to be working part time and 8.3% more likely to be unemployed; 23.8% more likely to have a household income between $10,000-$19,999, 12.4% more likely to have a household income under $10,000, and 11.9% more likely to have a household income between $30,000-$39,999; 19.3% more likely to have lived at their current address for less than one year and 12.3% more likely to have lived at their current address for one to four years; 16.3% more likely to be parents;

---

population of at least 10,000 but less than 50,000. The micropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting.

[8] Nielsen County Size classifications are based on Census household counts and metropolitan proximity. "A" counties are highly urbanized areas and belong to the 21 largest Metropolitan Statistical Areas. The combined counties contain 40% of United States households. "B" counties are counties not defined as A counties that have more than 85,000 households. The combined counties contain 30% of United States households. "C" counties are counties not defined as A or B counties that have more than 20,000 households or are in Consolidated Metropolitan Areas or Metropolitan Statistical Areas with more than 20,000 households. The combined counties contain 15% of United States households. "D" counties are all counties not classified as A, B, or C counties. They are considered very rural. The combined counties contain 15% of United States households.

[9] The average age for U.S. adults is 47, the average household income is $77,026, and the average home value is $253,020.

14.9% more likely to have never married; 11.4% more likely to have attended college and 10.4% more likely to have not graduated high school; 11.1% more likely to rent their home; 7.6% more likely to live in the South Census Region and 5.9% more likely to live in the North East Census Region; and 5.3% more likely to own a home valued less than $100,000.

### *Consumer Publications*

17.    A third-page Summary Notice will be placed in *People* magazine. *People* reaches 23.3% of TRESemmé Naturals Shampoo and Conditioner Consumers and, compared to the general adult population, readers of *People* are 31.7% more likely to be TRESemmé Naturals Shampoo and Conditioner Consumers.

18.    The *People* placement will be tracked to ensure it appears exactly as planned and meets our high quality and positioning standards.

### *Internet Notice*

19.    According to MRI data, 86.5% of TRESemmé Naturals Shampoo and Conditioner Consumers have access to the internet at home using a computer and 85.9% have looked at or used the internet in the last 30 days. Compared to the general adult population, TRESemmé Naturals Shampoo and Conditioner Consumers are 1.1% more likely to have access to the internet from home using a computer and 3.3% more likely to have looked at or used the internet in the last 30 days.

20.    Given this information, internet advertising is an appropriate component of the Notice Plan. One-hundred fifty million banner impressions will be purchased and will appear on websites over a period of about one month. The impressions will be targeted to adults 18 years of age or older (Adults 18+), and of those impressions, 105 million will be targeted to women 18 years of age or older (Women 18+).

21.    The banners will include an embedded link to the case website and where the full notice, as well as additional information about the litigation, may be viewed.

*Morales v. Conopco, Inc.*, No. 13-cv-02213
DECLARATION OF DANIEL BURKE RE SETTLEMENT NOTICE PLAN

### CLRA Notice

22.     To fulfill CLRA notice requirements, an approximate eighth-page Summary Notice will appear four times in the *Sacramento Bee*. The Summary Notice will be published once a week for four consecutive weeks. The ad will appear concurrently in the newspaper's e-Edition, which is available on its website.

### Response Mechanisms

23.     An informational website will be established to allow Class members the ability to obtain additional information and documents about the settlement. The website address will be prominently displayed in all printed notice materials and accessible through a hyperlink embedded in the internet banners.

24.     A toll-free number will be established to allow Class members the opportunity to learn more about the settlement in the form of frequently asked questions. It will also allow Class members to request to have more information mailed directly to them. The toll-free number will also be prominently displayed in all printed notice materials and direct callers to the settlement website where they can access the full notice and other relevant materials.

### Reach Delivered by the Notice Plan

25.     The combined print and internet media effort will reach approximately 71.6% of likely Class members.[10] Coverage will be further enhanced by the CLRA notice placements.

### CONCLUSION

26.     In my opinion, the proposed Notice Plan is reasonable and consistent with other effective settlement notice programs. It is designed to meet due process requirements and meets the "desire to actually inform" standard of *Mullane*. The proposed Plan provides the same reach evidence that Courts have approved and that has withstood appellate scrutiny. The Federal Judicial Center's (FJC) *Judges' Class Action Notice and Claims Process Checklist and Plain Language*

---

[10] See Footnote 3.

1    *Guide* (the FJC Checklist) considers reach among class members that exceeds 70% to be

2    reasonable.

3

4        I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true and correct.

6

7        Executed on May 27, 2016 at San Rafael, California.

8

9

10

11

12    _____
      Daniel Burke                © 2016 KCC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9