Michael P. Esser (SBN 268634)
michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO, INC. d/b/a UNILEVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MORALES and LAINIE COHEN on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOPCO INC. d/b/a UNILEVER,<br><br>Defendant. | CASE NO. 2:13-CV-02213-WBS-EFB<br><br>**ORDER GRANTING UNILEVER'S REQUEST FOR ROSS L. WEINER TO APPEAR TELEPHONICALLY**<br><br>Date: July 11, 2016<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb<br><br>Complaint Filed: October 10, 2013 |

1  The Court, having reviewed the request of Ross L. Weiner to appear telephonically, on behalf of Defendant CONOPCO, INC. d/b/a UNILEVER, at the preliminary approval hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, set on July 11, 2016 at 1:30 p.m. in Department 5 before the Honorable William B. Shubb.

After due consideration by the Court, Unilever's Request for attorney Ross L. Weiner to appear telephonically is **GRANTED**.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Mr. Weiner's email address is ross.weiner@kirkland.com and, on the day of the hearing, he can be reached telephonically at (212) 446-4976.

**IT IS SO ORDERED.**

**Dated:  July 6, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE