Michael P. Esser (SBN 268634)
Michael.esser@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Defendant*
CONOPCO, INC. D/B/A UNILEVER

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER**
**& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>Defendant. | CIV. NO. 2:13-cv-2213 WBS EFB<br><br>STIPULATION AND [~~PROPOSED~~] MODIFIED SCHEDULING ORDER |

The parties in the above-captioned matter, by and through their designated counsel, jointly move the Court to approve the following modifications to the July 12, 2016 scheduling order [ECF No. 63] relating to the October 17, 2016 final approval hearing on the proposed Class Action Settlement. The Parties do not propose a change to the Final Approval Hearing date. However,

because the Notice Plan includes a multi-week media campaign, the Parties request leave to change some of the other deadlines relating to notice, opting out, briefing and filing a claim.

Specifically, Plaintiffs request that the media campaign described in the Notice Plan commence no later than August 1, 2016 and conclude by August 30, 2016.  Plaintiffs will file motions for final approval and for approval of an award of attorneys' fees, expenses and for approval of lead plaintiff awards by no later than September 12, 2016.  The deadline for Class Members to file objections or requests to opt out of the Settlement would be September 30, 2016.  Plaintiffs would file any response to objections, together with a final report on the effectuation of the notice plan, by October 7, 2016.  Finally, the deadline for Class Members to file claim forms would be five business days after the October 17, 2016 Final Approval Hearing: October 24, 2017.  This schedule will permit adequate time to complete the Notice Plan and provide Class Members with a minimum of four weeks after receiving notice to decide whether to object or opt out of the Settlement.  It will also give Class Members access to Plaintiffs' final approval brief and their submission relating to fees and expenses well before the deadline for filing objections or requests to opt out.  Finally, Class Members can – if they choose – wait to see whether the Court approves the Settlement before filing claims.

Based on the foregoing, the Parties suggest modifying the schedule set forth in the July 12, 2016 Order [ECF No. 63] as follows:

| Event | Current Deadlines | Proposed Amended Deadlines |
|---|---|---|
| Publication Notice | August 11, 2016 | Media campaign to begin by August 1, 2016 and be completed by August 30, 2016 |
| Deadline for Plaintiffs to file motions and supporting papers on Final Approval, attorneys' fees and expenses, and lead plaintiff awards | September 12, 2016 | September 12, 2016 (no change) |
| Deadline for Class Members to file objections or submit requests to opt out of the Settlement | September 19, 2016 | September 29, 2016 |

2

| Deadline to file reply (if any) in support of Final Approval Motion and/or motion for award of attorneys' fees and expenses and lead plaintiff awards | Not listed | October 7, 2016 |
|---|---|---|
| Final Approval Hearing | October 17, 2016 | October 17, 2016 (No change) |
| Deadline for Class Members to file Claim Forms | September 19, 2016 | October 24, 2016 |

DATED: July 13, 2016

By: /s/ Michael P. Esser
Michael P. Esser (SBN 268634)
Michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO, INC. D/B/A UNILEVER

By: /s/ Mark P. Kindall
Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Nicole A. Veno (admitted *pro hac vice*)
LAW OFFICE OF NICOLE A. VENO, LLC
573 Hopmeadow Street
Simsbury, CT 06070
Telephone: (860) 474-4024
Facsimile: (860) 717-3207
nveno@venolaw.com

Joseph J. DePalma (admitted *pro hac vice*)
Katrina Carroll (admitted *pro hac vice*)
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com

Attorneys for Plaintiffs

# ORDER

THE PARTIES HEREBY AGREE AND STIPULATE to, and submit that, good cause is shown to support the following Fifth Modified Scheduling Order.

Accordingly, the Court HEREBY ORDERS that:

1. The parties' stipulation to modify the July 12, 2016 scheduling order [ECF No. 63] is GRANTED; and the Order is modified as follows:

   (i) Plaintiffs shall direct the Notice Administrator to commence the media campaign described in the Notice Plan submitted in support of the Motion for Preliminary Approval by no later than August 1, 2016, and complete it by no later than August 30, 2016;

   (ii) Plaintiffs shall file a motion for final approval of the Settlement, together with supporting papers, by no later than September 12, 2016;

   (iii) Plaintiffs shall file any motion for approval of an award of attorneys' fees and expenses, as well as any motion for lead plaintiff awards, by no later than September 12, 2016;

   (iv) Class members shall file any objections to the Settlement, the Plan of Allocation, and/or Plaintiffs' requests for an award of attorneys' fees and expenses and lead plaintiff awards, by no later than September 29, 2016;

   (v) Class members shall file any requests for exclusion by no later than September 29, 2016;

   (vi) Responses to any objections or requests for exclusion shall be filed by no later than October 7, 2016, together with a final report on effectuation of the Notice Plan.

   (vii) The Final Approval Hearing shall take place as scheduled on October 17, 2016, at 1:30 p.m.

   (viii) Class members who wish to receive a portion of the Settlement fund shall file claim forms by no later than October 24, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **Stipulation and [Proposed] Modified Scheduling Order** via the CM/ECF system on July 13, 2016.

DATED: July 13, 2016                                       */s/* Mark P. Kindall
                                                                         Mark P. Kindall