Michael P. Esser (SBN 268634)
Michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO, INC., D/B/A UNILEVER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>    Defendant. | CIV NO. 2:13-2213 WBS EFB<br><br>**CONOPCO, INC., D/B/A UNILEVER'S RESPONSE TO THE OBJECTION OF STEVEN F. HELFAND, ESQ.** |

CONOPCO, INC., D/B/A UNILEVER'S RESPONSE
TO THE OBJECTION OF STEVEN F. HELFAND,
ESQ.

CASE 2:13-2213 WBS EFB

Defendant Conopco, Inc., d/b/a Unilever ("Defendant" or "Unilever") hereby responds to the September 26, 2016 objection of Steven F. Helfand, Esq., to the settlement in the above-captioned caption (the "Objection").

In the Objection, Mr. Helfand complains about the scope of the release. Specifically, he takes issue that the notice provided to the class "is silent" to the fact that the release will allegedly cover "claims for personal injury." Mr. Helfand is mistaken as to the scope of the release. The Stipulation of Settlement (the "Settlement") does not release any claims for any purported personal injuries, as the released claims include only those "arising out of or related to the ***product representations complained of in this Action***, whether legal, equitable, administrative, direct or indirect, or any other type or in any other capacity, against any Released Party…" (*See* Dkt. No. 57-2 at 7:26-8:14 (emphasis added).) The Released Claims, as that term is defined in the Settlement, are wholly unrelated to and do not release claims related to any class member's purported personal injuries.

DATED: October 6, 2016          Respectfully submitted,

*/s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jay P. Lefkowitz, P.C. (admitted *pro hac vice*)
lefkowitz@kirkland.com
Ross L. Weiner (admitted *pro hac vice*)
ross.weiner@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
CONOPCO, INC., D/B/A UNILEVER

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the attached CONOPCO, INC., D/B/A UNILEVER'S RESPONSE TO THE OBJECTION OF STEVEN F. HELFAND, ESQ. via the CM/ECF system on October 6, 2016.

DATED:  October 6, 2016                          */s/ Michael P. Esser*
                                                                    Michael P. Esser