Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER**
**& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (*Admitted pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAINIE COHEN, ALBA MORALES, LINDA CLAYMAN and KENNETH DREW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Defendant. | No. 2:13-cv-02213-WBS-EFB<br><br>**SUPPLEMENTAL DECLARATION OF MARK P. KINDALL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS**<br><br>Date: October 17, 2016<br><br>Time: 1:30 p.m.<br><br>Courtroom 5, 14th Floor<br><br>Hon. William B. Shubb |

1
SUPPLEMENTAL DECLARATION OF MARK P. KINDALL

I, Mark P. Kindall, hereby declare as follows:

1. I am a partner in the law firm of Izard, Kindall & Raabe, LLP ("IKR"), counsel for Plaintiffs in the above-captioned litigation. I submit this declaration in further support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards, and have personal knowledge of the facts contained herein.

2. Interim Class Counsel IKR led this litigation from its inception to the present, with Interim Liaison Counsel Bramson, Plutzik, Mahler & Birkhaeuser, LLP of Walnut Creek, California assisting as local counsel. We were also assisted on particular projects by the law firm of Lite DePalma and Greenberg, LLC.

3. As described in my earlier declaration, plaintiffs' counsel collectively spent 1440 hours prosecuting this litigation through September 9, 2016. This total includes over 270 hours investigating, researching and drafting various pleadings, briefs and motions, over 550 hours on discovery matters (including over 320 hours devoted to primary review of documents obtained in discovery and over 200 hours preparing and responding to written discovery, conducting depositions and deposition preparation), over 275 hours involved in the lengthy process of mediation and negotiation of the Settlement, over sixty hours involved with client communications, and over 45 hours involved with communications with experts and consultants. The work was necessary and important to the successful prosecution of the litigation.

4. The work was done with a minimum of duplication, and divided in ways that were appropriate to the experience and talents of the attorneys working on the case. I was primarily responsible for the day-to-day management of the case, and logged approximately 30 percent of the total hours spent on the litigation. Over the course of the three years, I have both worked on and finalized our briefs and pleadings, made arguments in court, worked with our damages expert, communicated regularly with opposing counsel, taken or defended most of the depositions, prepared the mediation submission, interviewed, selected and worked with the

1  Notice and Claims Administrator, including to develop a notice plan and a suitable plan of
2  allocation, negotiated the settlement text and worked on getting it approved.

3       5.     Nicole Veno, a 2012 law school graduate, logged over 380 hours on the case,
4  approximately 26 percent of the total.  Ms. Veno did most of the factual investigation of the
5  claims and the initial legal research and drafting of many of the pleadings, briefs and discovery
6  requests.  She coordinated the document review, worked with clients on discovery responses, and
7  participated in meet and confer sessions with opposing counsel.  She also coordinated, assisted in
8  preparation for and second-chaired all of the depositions.

9       6.     Most of the primary document review in the case was done by two experienced
10 attorneys, Mary Jo Pizza of Lite DePalma & Greenberg and Jennifer Somers of IKR, who were
11 billed at $300 per hour.  They collectively billed over 220 hours, representing approximately 15
12 percent of the aggregate time in the case.

13      7.     Douglas Needham, an associate with eight years' experience, assisted with
14 preparation of the preliminary approval motion papers, and Seth Klein, a partner with 20 years'
15 experience, assisted in drafted the opposition to Defendant's Motion to Dismiss.  Collectively,
16 they contributed over 75 hours, or about 5 percent of the total.

17      8.     Robert Izard, the senior partner on the case, spent over 140 hours on the litigation,
18 less than ten percent of the total hours.  Mr. Izard took a key role in framing the issues in the
19 case, reviewed, edited and commented on important pleadings, motions and briefs, defended one
20 of the client depositions, provided strategic guidance throughout and took the lead role in the
21 mediation process.

22      9.     Liaison Counsel Alan Plutzik assisted with all major filings and helped to ensure
23 that our work product was consistent with the rules and requirements of the Eastern District.  He
24 spent over 20 hours on the litigation.  Additional attorneys from all three firms contributed the
25 remainder of the time in the case.

26
27
28

1   I declare under penalty of perjury that foregoing is true and correct.  Executed this 30th
2   day of September in West Hartford, Connecticut.

DATED:  September 30, 2016          Respectfully submitted

By: \s\ Mark P. Kindall
Mark P. Kindall

SUPLEMENTAL DECLARATION OF MARK P. KINDALL