1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10          **EASTERN DISTRICT OF CALIFORNIA**

11

12   ALBA MORALES, LAINIE COHEN, LINDA          No. 2:13-cv-02213-WBS-EFB
     CLAYMAN and KENNETH DREW on behalf of
13   themselves and all others similarly situated,

                                                **SUPPLEMENTAL DECLARATION OF**
14              Plaintiffs,                      **JAY GERACI RE SETTLEMENT**
                                                **NOTICE PLAN**
15          v.

16   CONOPCO INC. d/b/a UNILEVER,

17              Defendant.

18

19

20   I, Jay Geraci, declare as follows:

21          1.      I have personal knowledge of the matters set forth herein, and I believe them to be

22   true and correct.

23                                  **INTRODUCTION**

24          2.      I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC").

25   KCC is one of the largest full-service class action notice and claims administrators in the country.

26          3.      In its July 13, 2016 Modified Scheduling Order, the Court indicated that Plaintiffs

27   should file a final report on effectuation of the Notice Plan on October 7, 2016.  The purpose of

28                                               1

1   this Declaration is to provide updated information on effectuation of the Notice Plan, including the

2   number and value of claims filed to date.   The details set forth in this declaration are a result of

3   internal conversations held at KCC with members of the Executive team, the Media team, and the

4   Operations team.

5   **IMPLEMENTATION OF THE NOTICE PLAN**

6   4.   KCC launched the dedicated Settlement website, tresemmenaturalssettlement.com,

7   on July 25, 2016, as well as the toll-free number that class members could call to get important

8   information about the case and the Settlement.   The website included the complete Settlement

9   Notice approved by the Court, key court documents (including the Complaint, the Settlement

10   Agreement, the Plan of Allocation, and the Court's Preliminary Approval Order), and a page for

11   class members to either file claims online or print out claim forms to submit by mail.   In addition,

12   Plaintiffs' Motion for Final Approval of the Class Action Settlement and Plaintiffs' Motion for

13   Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards (and all of

14   the supporting materials) were posted on the website on September 13, 2016.

15   5.   The internet, magazine and newspaper media campaign described in the Notice

16   Plan was launched on July 26, 2016, and concluded on September 9, 2016 as described in my

17   September 12, 2016 declaration.   Based on our research, KCC concludes that the media campaign

18   succeeded in reaching over seventy percent of the class.

19   ***Response to the Media Campaign***

20   6.   As of October 6, 2016, there have been 390,952 unique website visitor sessions in

21   which 566,826 website pages were viewed, which equates to just over 1.45 pages per visitor

22   session.  An additional 463 people have called the toll-free number since it was launched.

23   7.   As of October 6, 2016, we have received a total of 179,676 claims filed on behalf of

24   purchasers of Tresemme Naturals Products.   Of these, 179,007 were submitted online and 669

25   were submitted by U.S. Postal Mail.

26   8.   In KCC's experience, where indirect notice was the primary method of reaching

27   the Settlement Class, claim rates are often  highly variable and unpredictable. The total number of

28   2

1   claims filed in this matter is substantial.  Further, the number of claims filed is consistent with or

2   has exceeded many similarly situated cases.

3        9.      The Notice provided that Class Members that did not wish to participate in the

4   Settlement could opt-out by notifying KCC in writing.   As of the October 6, 2016, we have

5   received two opt-out requests.  A copy of the opt-out requests are attached as Exhibit 1.

6                    *Value of Claims Filed and Cost of Notice and Claims Administration*

7        10.     Under the Plan of Allocation, class members could file claims for up to ten

8   purchases of the Products per household without providing any proofs of purchase.   The vast

9   majority of persons who submitted claims – over 153,782 – employed this option, claiming ten

10  purchases and providing no receipts or other documentation.  Approximately 5,173 class members

11  filed claims for purchases in excess of ten products, but only 64 provided proofs of purchase.

12       11.     Under the Settlement Agreement, KCC is required to approve or deny the claims

13  filed in whole or in part, based on the terms of the Plan of Allocation.  This process will take some

14  time following approval of the Settlement, and thus only a preliminary evaluation of the total value

15  of claims filed to date is possible.

16       12.     The nominal value of the claims filed to date, excluding the claims for purchases of

17  more than ten Products for which no proofs of purchase were provided, is $6,964,930.  The actual

18  value of these claims will be somewhat lower once we have completed the claims review process

19  and addressed claims that are duplicative or otherwise do not comply with the Plan of Allocation.

20       13.     The volume of claims filed since the launch of the media campaign by week is as

21  follows:

22         Week 1:  24,615

23         Week 2:  63,491

24         Week 3:  19,465

25         Week 4:  13,034

26         Week 5:  11,616

27         Week 6:  5,555

28                                            3

Week 7:  8,630

Week 8:  10,919

Week 9:  6,985

14.     Typically, Class Members participation is most active when the media campaign is initially commenced, though there is often a small "spike" in claims as the filing deadline approaches.  Class Members have until October 24, 2016 to file claims.

15.     KCC estimates that the approximate total costs associated with the administration will be $614,579.15. However, actual billing will depend largely on the number of claims filed and hourly fees incurred in administering the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 6, 2016 at San Rafael, California.

_____
JAY GERACI

4

# Exhibit 1

Case 2:13-cv-02213-WBS-EFB Document 69-2 Filed 10/07/16 Page 6 of 9

I would like to be excluded from the tressme class action. I have purchased tressme shampoo and conditioner in the past. but after further evaluation, this only pertains to the naturals selection.' therefore I resign my submition to this action.

Shelby white
733 westglen dr
Yukon Ok 73099

( 405) 628- 3858

7/28/16

Shelby White
733 Worglen dr
Yukon OK 73099

RECEIVED
AUG 0 5 2016
BY: ....................

OKLAHOMA CITY OK 730
02 AUG 2016 PM 4 L

Morales V. conopco
Claims administrator
PO box 434266
Providence RI 02940 - 34266

02940-342626

FOREVER
USA

Morales v. Conopco Claims Administrator,

I filled out a claim form online 9/19 but I don't want to be part of the settlement. (After reading about the lawsuit) Please remove my name. I don't want a cash settlement.

Patty Gumto

bgnas2@gmail.com

2810 Jo ALyce Dr.
Allison Park, PA 15101
412-486-5867



RECEIVED
SEP 2 3 2016
BY:_____



Ms. Patricia D. Gumto
2810 Jo Alyce Dr
Allison Park, PA 15101-4115

02940-342626

Morales v. Conopco Claims Ad
P.O. Box 43426
Providence, RI 02940-3426

