Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER**
**& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (*Admitted pro hac vice*)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAINIE COHEN, ALBA MORALES, LINDA CLAYMAN and KENNETH DREW, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>             Defendant. | No. 2:13-cv-02213-WBS-EFB<br><br>**NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION TO CLASS ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS**<br><br>Date: October 17, 2016<br><br>Time: 1:30 p.m.<br><br>Courtroom 5, 14th Floor<br><br>Hon. William B. Shubb |

Plaintiffs hereby advise the Court that Steven F. Helfand, Esq. has partially withdrawn his objection dated September 26, 2016 (ECF No. 69 at Exhibit A) to the settlement in this case ("Objection").

Shortly after filing their Memorandum of Law (ECF No. 69) on October 7, 2016 in further support of their Motion for Approval of Class Action Settlement (ECF No. 66) ("Final Approval Motion") and their Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Award (ECF No. 67) ("Fee & Expense Motion"), Mr. Helfand advised by telephone and email that he was partially withdrawing his Objection.  A copy of Mr. Helfand's email is attached as Exhibit A.  As set forth in Mr. Helfand's email, he no longer objects to the Final Approval Motion but maintains his objection to the Fee & Expense Motion.

Dated:  October 11, 2016                         Respectfully submitted,


By: /s/ Robert A. Izard
Robert A. Izard *(*admitted *pro hac vice*)
Mark P. Kindall (State Bar No. 138703)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

Alan R. Plutzik (State Bar No. 77785)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Joseph J. DePalma (admitted *pro hac vice)*
Katrina Carroll (*pro hac vice* forthcoming)
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

jdepalma@litedepalma.com
kcarroll@litedepalma.com

Nicole A. Veno (admitted *pro hac vice*)
**LAW OFFICE OF NICOLE VENO**
573 Hopmeadow Street
Simsbury, CT 06070
Telephone: (860) 474-4024
Facsimile: (860) 717-3207
nveno@venolaw.com

*Attorneys for Plaintiffs*

NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION TO CLASS ACTION SETTLEMENT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the Notice of Partial Withdrawal to Class Action Settlement and Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Award.

DATED:  October 11, 2016                                             */s/*  Robert A. Izard
                                                                                    Robert A. Izard

# EXHIBIT A

**From:** Steven Helfand [mailto:sh4078@gmail.com]
**Sent:** Friday, October 07, 2016 2:14 PM
**To:** Robert Izard <rizard@ikrlaw.com>
**Cc:** Mark Kindall <mkindall@ikrlaw.com>; Weiner, Ross <ross.weiner@kirkland.com>
**Subject:** Re: Morales v. Conopco

Thank you for speaking with me this afternoon.

This confirms in light of the filings made today that my objection as to the scope of the release is hereby withdrawn.  Defendant has acknowledged in its response that it does not construe the release so as to apply to personal injury claims.  Therefore, while I maintain my objection to the requested fee award; I have no objection to the approval of the proposed settlement.  I do not have ECF access and it is my hope that you communicate this email to the Court on my behalf so as to avoid any consumption of time reviewing issues that are now moot.

Thank you,

Steven F. Helfand