Steven F. Helfand

# Law Offices of Steven F. Helfand

910 West Avenue, Unit 438

Miami Beach, FL 33139

TELEPHONE: 415.596.5611

EMAIL: SH4078@GMAIL.COM

September 26, 2016

**Via First Class Mail**

Clerk of Court
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

**FILED**
OCT 0 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Re:     OBJECTION AND NOTICE OF INTENT TO APPEAR
        Morales, et al. v. Conopco, Ind. d/b/a Unilever
        2:13-cv-02213 (E.D. Cal.)  WBS EFB

To whom it may concern:

    I am a class member. In this regard, I purchased at least one of the following TRESemme Naturals products: Nourishing Moisture Shampoo, Nourishing Moisture Conditioner, Radiant Volume Shampoo, Radiant Volume Conditionerer, Vibrantly Smooth Shampoo, or Vibrantly Smooth Conditioner. I submitted a claim.

    Shockingly, claims for personal injury are released and the notice is silent as to this fact. The release is overbroad and notice is grossly inadequate and in violation of the Ninth Circuit's *Molski* decision. I suffered personal injury from the use of the settling defendant's products; including, skin rashes. The internet

reflects many similar accounts by class members. This proposed settlement should not be a "get out of jail free card" for defendant to poison the class. The release and notice needs substantial revision.

Class counsel is misleading the court about its lodestar and multiplier. In this case, the lodestar is inflated based on excessive hourly rates, duplicative time consumptions, and usage of highly paid attorneys performing work that should have been performed by associates, paralegals and support staff. All rates are inflated, excessive, and outside of local norms. Contemporaneous time records for all counsel should be produced.

This letter is executed under penalty of perjury pursuant to the laws of the United States of America. It was executed in Miami Beach, Florida on September 26, 2016.

Very truly yours,

Steven F. Helfand