Steven F. Helfand
910 West Avenue, Unit 438
Miami Beach, FL 33139
Telephone:     415.596.5611
Email:         sh4078@gmail.com

*In Pro Per*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MORALES; LANIE COHEN; and KENNETH DREW, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>V.<br><br>CONOPCO, INC., d/b/a Unilver,<br><br>*Defendant.* | Case No.: 2:13-2213 WBS EFB<br><br>**NOTICE OF APPEAL** |

   NOTICE IS HEREBY GIVEN that absent class member and objector Steven Franklyn Helfand hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Memorandum and Order: Re Final Approval of Class Action Settlement and Attorneys' Fees imposed or filed on October 18, 2016.  Entered on the docket in this action on October 18, 2016 at document number 74.

   A copy of said judgment or order is attached hereto.

Respectfully submitted,


Dated: November 3, 2016         _____/s/_____

                                Steven Franklyn Helfand

                                910 West Avenue, Unit 438
                                Miami Beach, FL 33139
                                Telephone:   415.397.0007
                                Email:       sh4078@gmail.com