**REPRESENTATION STATEMENT**

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Road Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (Admitted pro hac vice)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

Attorneys for Plaintiffs

Jay Lefkowitz
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
212.446.4800

Attorneys for Defendant