**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOPCO, INC., d/b/a UNILEVER,<br><br>Defendant. | CIV. NO.  2:13-cv-2213 WBS EFB<br><br>[~~PROPOSED~~] ORDER |

**[~~PROPOSED~~] ORDER**

Having reviewed the Stipulation of the Parties, the Court HEREBY ORDERS that:

1. Class Counsel is authorized to reduce the award of Attorneys' Fees to Plaintiffs' Counsel (Dkt. No. 74, p. 21) by an amount sufficient to ensure that no class member receives less than $1 as payment for their approved and timely-filed claim;

2. The Settlement's Plan of Allocation (Exhibit A to the Settlement Agreement, Dkt. No. 66-3, at 28-29) is modified to require that no class member receive a settlement payment of less than $1, with the additional amount to be paid by a reduction in fees awarded to Plaintiffs' Counsel rather than any reduction in the amount paid to other members of the Settlement Class.

3. The Claims Administrator is authorized to distribute the Settlement during the pendency of the appeal filed by Steven Helfand, which challenges only this Court's award of attorneys' fees.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2  Dated: January 9, 2017

3  _____
   WILLIAM B. SHUBB
4  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28