Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
**BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
mstrimling@bramsonplutzik.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALBA MORALES; LAINIE COHEN; LINDA CLAYMAN; and KENNETH DREW, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONOPCO INC., d/b/a UNILEVER, <br><br> Defendant. | CIV. NO. 2:13-cv-2213 WBS EFB <br><br> **ORDER RE: CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUND** |

Plaintiffs' Unopposed Motion for Cy Pres Distribution of the Residual Settlement Fund having been duly heard, the Court finds that (1) a second distribution to the Settlement Class of the amounts remaining in the Settlement Fund is not feasible; and (2) an appropriate nexus exists between the nature of the plaintiffs' lawsuit, which alleged false and misleading "natural" labeling, the objectives of the consumer protection statutes at issue, and the work done by the two proposed *cy pres* recipients, the Environmental Defense Fund ("EDF") and the Environmental Working Group ("EWG"), such that distribution of the residual settlement amounts to EDF and EWG will serve the interests of the Settlement Class. Accordingly, Plaintiffs' Motion is GRANTED. The Claims Administrator is directed to disburse the funds remaining in the Settlement Fund to EDF and EWG in equal shares. The April 2, 2018 hearing date is VACATED.

Dated: March 27, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2018                    Respectfully submitted,


                                            By: /s/ Mark P. Kindall
                                            Mark P. Kindall (State Bar No. 138703)
                                            Robert A. Izard *(*admitted *pro hac vice)*
                                            **IZARD, KINDALL & RAABE, LLP**
                                            29 South Main Street, Suite 305
                                            West Hartford, CT 06107
                                            Telephone: (860) 493-6292
                                            Facsimile: (860) 493-6290
                                            mkindall@ikrlaw.com
                                            rizard@ikrlaw.com

Alan R. Plutzik (State Bar No. 77785)
**BRAMSON, PLUTZIK, MAHLER**
**& BIRKHAEUSER LLP**
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Joseph J. DePalma (admitted *pro hac vice*)
Katrina Carroll (admitted *pro hac vice*)
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com

Nicole A. Veno (admitted *pro hac vice*)
**LAW OFFICE OF NICOLE VENO**
573 Hopemeadow Street
Simsbury, CT 06070
Telephone: (860) 474-4024
Facsimile: (860) 717-3207
nveno@venolaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **Proposed Order** via the CM/ECF system on February 27, 2018.

DATED:  February 27, 2018                                         <u>/s/  Mark P. Kindall</u>
                                                                                    Mark P. Kindall